UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
(COVINGTON)

*ELECTRONICALLY FILED*

| | |
|---|---|
| **ANDREW T. BOSTLE,** | ) |
| | ) |
| **Plaintiff,** | ) Civil Action No. 2:22-CV-00005 |
| | ) |
| v. | ) Judge David L. Bunning |
| | ) Magistrate Judge Smith |
| **JABIL, INC.,** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |
| | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Andrew Bostle and Defendant, Jabil, Inc. hereby give notice that all of the claims against Defendant in this matter are voluntarily dismissed with prejudice, each party to bear its own attorney fees and costs.

Respectfully submitted,

*/s/ F. Harrison Green (per email authorization)*
Brandy Kathleen Lawrence (KBA 95762)
Law Office of Benjamin G. Dusing, PLLC
809 Wright's Summit Parkway
Suite 120
Ft. Wright, Kentukcy 41011
T: (859) 635-5000
F: (513) 630-8069
klawrence@bgdlaw.com

F. Harrison Green, Pro Hac Vice
The Green Law Firm LPA, Inc.
Ohio Supreme Court # 0039234
Executive Park, Suite 230
Cincinnati, Ohio 45241
T: (513) 769-0840
F: (513) 563-2953
fhgreen@fuse.net

*Counsel for Plaintiff*


/s/ Ryan Martin
Ryan Martin (KBA 92619)
Adair Smith (KBA 98356)
JACKSON LEWIS P.C.
PNC Center, 26th Floor
201 E. 5th Street
Cincinnati, Ohio 45202
Telephone (513) 898-0050
Facsimile (513) 898-0051
E-mail: ryan.martin@jacksonlewis.com
E-mail: adair.smith@jacksonlewis.com

*Counsel for Defendant Jabil, Inc.*


# CERTIFICATE OF SERVICE

I hereby certify that the foregoing was filed with the Court's CM/ECF filing system on September 19, 2023, which automatically sends electronic notice to all parties of record.

/s/ Ryan Martin
Ryan Martin

4890-4737-5744, v. 1